**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| TYLER JONES, | : | Case No. 3:26-cv-00066 |
| | : | |
| Plaintiff, | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| TJK-ELS, INC. | : | |
| (d/b/a DOMINO'S PIZZA), *et al*., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Currently pending before the undersigned Magistrate Judge are two motions: (1) Plaintiff's Motion by Pro Se Litigant to Obtain Electronic Case Filing Rights (Doc. No. 3); and (2) Plaintiff's Motion by Pro Se Litigant to receive Service by Email Through the Electronic Case Filing System (Doc. No. 4).

Generally, "[p]arties proceeding pro se are not permitted to file electronically." S.D. Ohio CM/ECF Procedures Guide, Section 1.1. However, "[a] pro se individual may apply to the assigned Judicial Officer for permission to electronically file documents." *Id*.; *see also* S.D. Ohio Civ. R. 83.5(b) ("If the Court permits, a party to a pending proceeding who is not represented by an attorney may register as a Filing User solely for the purposes of that action."). "[T]he grant of electronic filing privileges is a *privilege* granted to pro se litigants in the discretion of this Court." *Needham v. Butler Cnty. Jail*, No. 1:19-cv-294, 2019 WL 5883643, at *2 (S.D. Ohio Nov. 12, 2019) (emphasis added).

Upon consideration, the Court **DENIES** Plaintiff's motion for efiling privileges (Doc. No. 3) but **GRANTS** Plaintiff's motion for service by email (Doc. No. 4). Plaintiff shall promptly set up an account with the federal courts' PACER service, https://pacer.uscourts.gov/.

**IT IS SO ORDERED**.

*s/Caroline H. Gentry*

Caroline H. Gentry
United States Magistrate Judge

2