**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| TYLER JONES,<br><br>Plaintiff,<br><br>vs.<br><br>TJK-ELS Inc. *et al.*,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 3:26-cv-66<br><br><br>District Judge Thomas M. Rose<br>Magistrate Judge Caroline H. Gentry |

---

## ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. NO. 24)

---

Currently before the Court is the Report and Recommendation and Order Screening the Operative Complaint (the "Report") (Doc. No. 24) issued by Magistrate Judge Caroline H. Gentry. In the Report, Magistrate Judge Gentry conducted an initial review, pursuant to 28 U.S.C. § 1915, of Plaintiff Tyler Jones' ("Plaintiff") Complaint (Doc. No. 15) and recommended that the Court dismiss certain claims but allow Plaintiff to proceed with others. More specifically, the Report proposes dismissal of all claims, save Plaintiff's wage, disability discrimination, and retaliation claims. (Doc. No. 24 at PageID 443.) The claims Magistrate Judge Gentry recommends for dismissal "include[e] all claims against Defendants Domino's Pizza LLC (Corporate), Ryan Mullaly (General Counsel), and Kevin Connell (Counsel); the tax claim under 26 U.S.C. § 7202; and the spoliation claim. (*Id.* at PageID 443–44.)

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case. Noting that no objections to Magistrate Judge Gentry's Report have been filed and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** the Report and Recommendation (Doc. No. 24) in

full. Accordingly, the Court further **ORDERS** that all claims against Defendants Domino's Pizza LLC, Ryan Mullaly, and Kevin Connell; the tax claim under 26 U.S.C. § 7202; and the spoliation claim be **DISMISSED**.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, November 3, 2026.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE